[No. 22548-1-I. Division One. August 7, 1989.]

ROGER DAVIS, *Respondent,* v. KING COUNTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King

County, No. 88–2–02844–3, Warren Chan, J., entered June 10, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Revelle, J. Pro Tem.